TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

November 13, 2026

The request at Dkt. No. 12 is **GRANTED**. The proposed briefing schedule set forth below is **ADOPTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 12.

SO ORDERED. November 16, 2026

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Velez v. Commissioner of Social Security*
Civil Action No. 1:26-cv-06872-SLC

Dear Judge Cave,

We write on behalf of our client, Crystal Velez, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, which is currently due on November 18, 2026, per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **February 16, 2027**;

2. Defendant to file its brief on or before: **April 19, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **May 3, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)